J. David Bickham (SBN 145449)
dbickham@reedsmith.com
Meghan K. Landrum (SBN 222264)
mklandrum@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Connie K. Lew (SBN 244933)
clew@reedsmith.com
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendant
BASF CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLEMS FARMS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BASF CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No.: 1:08-cv-00616-LJO-SMS<br><br>Hon. Lawrence J. O'Neill<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

　　　　It is hereby stipulated, between plaintiff Willems Farms, Inc. and defendant BASF Corporation, by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety with prejudice.

DATED: August 21, 2009

                              LAW OFFICES OF D. MITCHELL TAYLOR

By   ***/s/ D. Mitchell Taylor***
      D. Mitchell Taylor
      Attorney for Plaintiff Willems Farms, Inc.

DATED: August 21, 2009

                              REED SMITH LLP

By   ***/s/ J. David Bickham***
      J. David Bickham
      Meghan K. Landrum
      Connie K. Lew
      Attorneys for Defendant BASF Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   _August 26, 2009_____     __/s/ Lawrence J. O'Neill_____
                                                     Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE